Certificate Number: 12433-PAM-DE-030290066

Bankruptcy Case Number: 17-04566



12433-PAM-DE-030290066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2017, at 3:50 o'clock PM EST, Kathy Ridgick completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 11, 2017

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor