```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-04566-RNO
Kathy E. Ridgick                                                    Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: AGarner           Page 1 of 1           Date Rcvd: Dec 21, 2017
                              Form ID: ntcnfhrg       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
```
db           +Kathy E. Ridgick,    PO Box 780,    Kresgeville, PA 18333-0780
4987837       CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4987838       CARBON COUNTY TAX CLAIM BUREAU,    COURTHOUSE ANNEX,    PO BOX 37,    JIM THORPE, PA 18229-0037
4987839       COMENITY BANK,    BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4987840      +JOSIAH BEHRENS III TAX COLL,    263 BEHRENS ROAD,    JIM THORPE, PA 18229-9541
4987841      +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4987843      +MT POCAHONTAS POA,    386 OLD STAGE ROAD,    ALBRIGHTSVILLE, PA 18210-3684
4987844      +PROGRESSIVE,    C/O CAINE & WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365-5010
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4987842        E-mail/Text: camanagement@mtb.com Dec 21 2017 19:00:55     M & T BANK,    PO BOX 1288,
                BUFFALO, NY 14240-1288
                                                                                            TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Kathy E. Ridgick
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kathy E. Ridgick<br>aka Kathy Elizabeth Ridgick, aka Kathy Ridgick, aka<br>Kathy E. Anthony, aka Kathy E. Batchler<br>Debtor(s) | Chapter  13<br>Case No.  5:17−bk−04566−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **February 2, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 9, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 21, 2017 |