```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-04566-RNO
Kathy E. Ridgick                                                        Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: TWilson           Page 1 of 1           Date Rcvd: Jun 27, 2019
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db             +Kathy E. Ridgick,    PO Box 780,    Kresgeville, PA 18333-0780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    CAVALRY SPV I, LLC ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Kathy E. Ridgick
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kathy E. Ridgick aka Kathy Elizabeth Ridgick, aka Kathy Ridgick, aka Kathy E. Batchler, aka Kathy E. Anthony
    Debtor

Chapter 13

M&T Bank
    v.
Kathy E. Ridgick aka Kathy Elizabeth Ridgick, aka Kathy Ridgick, aka Kathy E. Batchler, aka Kathy E. Anthony
and
Charles J. DeHart, III Esq.
    Trustee

NO. 17-04566 RNO

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on January 15, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 17 Puyallup Trail f/k/a 2697 Puyallup Trail Albrightsville, PA 18210.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: June 27, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)