```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 17-04566-RNO
Kathy E. Ridgick                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: ToniaWils          Page 1 of 1          Date Rcvd: Nov 25, 2019
                              Form ID: ordsmiss        Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.

```
db          +Kathy E. Ridgick,    PO Box 780,   Kresgeville, PA 18333-0780
cr          +CAVALRY SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
4987838      CARBON COUNTY TAX CLAIM BUREAU,    COURTHOUSE ANNEX,    PO BOX 37,    JIM THORPE, PA 18229-0037
5013374     +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
              Tucson, AZ 85712-1083
4987840     +JOSIAH BEHRENS III TAX COLL,    263 BEHRENS ROAD,    JIM THORPE, PA 18229-9541
4987841     +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4987843     +MT POCAHONTAS POA,    386 OLD STAGE ROAD,    ALBRIGHTSVILLE, PA 18210-3684
5035473     +Northeast Revenue Service, LLC,    1170 Highway 315, Suite 5,    Plains, PA 18702-6906
4987844     +PROGRESSIVE,    C/O CAINE & WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365-5010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4987837      EDI: CAPITALONE.COM Nov 26 2019 00:03:00     CAPITAL ONE,   PO BOX 30285,
              SALT LAKE CITY, UT 84130-0285
4987839      EDI: WFNNB.COM Nov 26 2019 00:03:00      COMENITY BANK,   BANKRUPTCY DEPT,   PO BOX 182125,
              COLUMBUS, OH 43218-2125
5032430      EDI: DIRECTV.COM Nov 26 2019 00:03:00      Directv, LLC,   by American InfoSource LP as agent,
              PO Box 5008,   Carol Stream, IL  60197-5008
4987842      E-mail/Text: camanagement@mtb.com Nov 25 2019 19:03:57     M & T BANK,   PO BOX 1288,
              BUFFALO, NY 14240-1288
5031971      EDI: Q3G.COM Nov 26 2019 00:03:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5023277*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
              (address filed with court:  M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:

```
              Bass and Associates PC    on behalf of Creditor    CAVALRY SPV I, LLC ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Kathy E. Ridgick
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kathy E. Ridgick,
aka Kathy Elizabeth Ridgick, aka Kathy Ridgick, aka
Kathy E. Anthony, aka Kathy E. Batchler,

**Debtor 1**

Chapter 13

Case No. 5:17−bk−04566−RNO

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: November 25, 2019

By the Court,

*(signed)* Robt N. Opel II

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)